RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 16133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Mario Pena-Alonzo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO PENA-ALONZO,<br><br>Defendant. | Case No. 2:12-cr-204-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Mario Pena-Alonzo, that the Revocation Hearing currently scheduled on January 2, 2019 at the hour of 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel was recently assigned to this case and needs additional time to meet with Mr. Pena-Alonzo and to discuss his case with him.

2. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

||  | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-204-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| MARIO PENA-ALONZO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 2, 2019 at 11:00 a.m., be vacated and continued to February 5, 2019 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 28th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE

3